00420

Order issued September 26, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00267-CV

**METROPLEX MAILING SERVICES, LLC AND JESSE R. MARION, Appellants**

**V.**

**RR DONNELLEY & SONS COMPANY, SUCCESSOR OF BOWNE & CO., Appellee**

## ORDER

The Court has before it appellants' September 24, 2012 unopposed motion for extension of time to file reply brief. The Court **GRANTS** the motion and **ORDERS** appellants to file their reply brief by October 31, 2012.

MOLLY FRANCIS
JUSTICE